1  Devin Fok (SBN 256599)
   Ainat Kiewe (SBN 207439)
2  **DHF Law, P.C.**
   2304 Huntington Drive, Suite 210
3  San Marino, CA 91801
   (888) 651-6411
4  devin@devinfoklaw.com

5  Attorneys for Plaintiff
   John Richard Provenzano
6
   John J. Atallah (SBN 294116)
7  **FOLEY & LARDNER LLP**
   555 South Flower Street, Suite 3300
8  Los Angeles, CA  90071-2411
   Telephone:  213.972.4500
9  Facsimile:   213.486.0065
   jatallah@foley.com
10
   Attorneys for Defendant
11 CERTIFIED CREDIT REPORTING, INC.

12

13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| JOHN RICHARD PROVENZANO, as an individual | CASE NO. 5:21-cv-00086-JWH-KK |
| Plaintiff(s), | |
| v. | **JOINT NOTICE OF SETTLMENT** |
| CERTIFIED CREDIT REPORTING, INC., a California corporation doing business as CERTIFIED TENANT SCREENING; and DOES 1-10 inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff John Richard Provenzano and Defendant Certified Credit Reporting, Inc. have reached a settlement in principle the above-referenced case. The parties are in the process of reducing their agreement to a formal writing. Once the parties' settlement agreement has been finalized and all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Dated: January 10, 2022        DHF LAW, P.C.

By: */s/ Devin Fok*
    Devin Fok

*Attorneys for Plaintiff John Richard Provenzano*

Dated: January 10, 2022        FOLEY AND LARDNER LLP

By: */s/ John J. Atallah*
    John Atallah

*Attorneys for Defendant Certified Credit Reporting, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 10, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-3. Any other counsel of record will be served by electronic mail.

                                              */s/ Devin H. Fok*
                                              Devin H. Fok