Devin Fok (SBN 256599)
Ainat Kiewe (SBN 207439)
**DHF Law, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91801
(888) 651-6411
devin@devinfoklaw.com

Attorneys for Plaintiff
John Richard Provenzano

John Joseph Atallah (SBN 294116)
**FOLEY AND LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
jatallah@foley.com

Attorneys for Defendant
CERTIFIED CREDIT REPORTING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD PROVENZANO, as an individual<br><br>    Plaintiff(s),<br><br>    v.<br><br>CERTIFIED CREDIT REPORTING, INC.; DOES 1-10 inclusive,<br><br>    Defendants. | CASE NO. 5:21-cv-00086-JWH-KK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON**<br><br>Judge: Hon. John W. Holcomb |

<u>**JOINTS STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

COME NOW Plaintiff John Richard Provenzano by and through his undersigned counsel, and Defendant Certified Credit Reporting, Inc., by and through its undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a) that this action, each and every count and claim asserted therein, be dismissed with prejudice, each party bearing its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated:  February 7, 2022          DHF LAW, P.C.

                                  By:   */s/ Devin Fok*
                                        Devin Fok

                                        *Attorneys for Plaintiff John Richard Provenzano*

Dated:  February  7, 2022         FOLEY AND LARDNER LLP

                                  By:   */s/ John Atallah*
                                        John Atallah

                                        *Attorneys for Defendant Certified Credit Reporting, Inc.*