1 | Devin Fok (SBN 256599)
  | Ainat Kiewe (SBN 207439)
2 | **DHF Law, P.C.**
  | 2304 Huntington Drive, Suite 210
3 | San Marino, CA 91801
  | (888) 651-6411
4 | devin@devinfoklaw.com

5 | Attorneys for Plaintiff
  | John Richard Provenzano
6 |
7 |
8 |               UNITED STATES DISTRICT COURT
9 |               CENTRAL DISTRICT OF CALIFORNIA
10 |
11 | JOHN RICHARD PROVENZANO,          CASE NO. 5:21-cv-00086-JWH-KKx
   | as an individual
12 |         Plaintiff(s),
13 |    v.                             **ORDER ON STIPULATION TO DISMISS**
14 | CERTIFIED CREDIT
   | REPORTING, INC.; DOES 1-10        Judge: Hon. John W. Holcomb
15 | inclusive,
16 |         Defendants.

1 | Upon the stipulation of the parties to this action, Plaintiff John Richard
2 | Provenzano and the Defendant Certified Credit Reporting, Inc., by and through
3 | their respective attorneys of record, to dismissal of the action pursuant to
4 | Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as
5 | follows:

6 | 1. The complaint in its entirety, including all causes of action, is hereby
7 | **DISMISSED with prejudice**.

8 | 2. Each party shall bear its/his respective legal fees, expenses, and other
9 | costs of suit.

10 | **IT IS SO ORDERED.**

12 | Date: February 14, 2022

THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE